UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, LOCALS NO. 264 AND 375

              Plaintiffs,

          v.

NASON'S DELIVERY,

              Defendant.

_____

**NOTICE OF MOTION
FOR EXPEDITED HEARING,
PRELIMINARY INJUNCTION
AND TEMPORARY
RESTRAINING ORDER**

Case No.: 1:11-cv-00186 WMS

        **PLEASE TAKE NOTICE** that a Motion will be made for the relief specified herein in

connection with the above referenced action as follows:

| | |
|---|---|
| **MOVING PARTY:** | Plaintiffs, International Brotherhood of Teamsters, Locals NO. 264 and 375, by their attorneys, Lipsitz Green Scime Cambria LLP |
| **TIME & PLACE:** | U.S. District Court, W.D.N.Y., 68 Court Street, Buffalo, New York, at a date and time to be determined by the Court |
| **RELIEF SOUGHT AND GROUNDS THEREFORE:** | An Order shortening the time for the hearing on Plaintiffs' Petition To Confirm Arbitration Award, for a Preliminary Injunction and for a Temporary Restraining Order, Fed. R. Civ. Proc. 65(a) and (b); Local R. Civ. Proc. 7.1(d). |
| **SUPPORTING PAPERS:** | This Notice of Motion for an expedited hearing, Declaration of John M. Lichtenthal in support of the Motion, the Second Affidavit of Allen Hauri, a supporting Memorandum of Law, and all prior papers and proceedings. |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7.1, movant intends to file

and serve reply papers.  Opposing papers must be filed and served as directed by the Court.

Dated:      March 14, 2011
                Buffalo, New York

                **LIPSITZ GREEN SCIME CAMBRIA LLP**
                *Attorneys for Plaintiffs*

                By: /s/ John M. Lichtenthal
                      John M. Lichtenthal, Esq.
                      42 Delaware Avenue, Suite 120
                      Buffalo, New York 14202
                      Tele: (716) 849-1333
                      jlichtenthal@lglaw.com

TO:    Thomas G. Eron, Esq.
       Bond, Schoeneck & King, PLLC
       *Attorneys for Defendant*
       One Lincoln Center
       Syracuse, NY 13202
       (315) 218-8000